

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-18-00067-CR

Tommy **Luna,**
Appellant

v.

The **State** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2016-CRN-000986-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on October 4, 2018. *See* TEX. R. APP. P. 38.6(a). After the extended due date, Appellant filed a third motion for an extension of time to file the brief until October 16, 2018.

Appellant's motion is GRANTED. Appellant's brief is due on October 16, 2018. **Any further motion for extension of time to file the brief will be strongly disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court